**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TANIA DAVIS**, <br><br> *Plaintiff,* <br><br> v. <br><br> **HENRY COMPANY, et al.**, <br><br> *Defendants*. | **Case No. 2:25-cv-00025-JDW** |

**ORDER**

**AND NOW**, this 23rd day of April, 2026, upon consideration of Defendants' Motion For Summary Judgment (ECF No. 21), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows.

1.      Defendants' Motion For Summary Judgment is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a.  The Motion is **GRANTED IN PART** with respect to Plaintiff's claims of: (a) disability discrimination (Counts III & IV), (b) retaliation (Counts I, II, III, & IV), and (c) failure to accommodate (Counts III & IV); and

   b.  The Motion is **DENIED AS MOOT** with respect to Plaintiff's claims for racial discrimination (Counts I, II, & IV) and hostile work environment (Counts I, II, & IV).

It is **FURTHER ORDERED** that Plaintiff's Motion To Strike Defendants' Letter For Failure To Abide By Clear Court Policies And Procedures (ECF No. 37) is **DENIED AS MOOT**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.